[No. 15937-6-II.   Division Two.   February 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL OLAF BERTELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-1-00114-5, Grant S. Meiner, J., entered April 13, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 15314-9-II.   Division Two.   February 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN J. DORMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00240-1, Milton R. Cox, J., entered September 4, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Houghton, J.

[No. 16575-9-II.   Division Two.   February 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIE TONYA SPEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-00657-0, John N. Skimas, J., entered October 23, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.